The People of the State of New York, Respondent,
against
Jason Hazell, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered October 15, 2014, after a nonjury trial, convicting him of public consumption of alcohol, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered October 15, 2014, affirmed. 
The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility, including its rejection of defendant's testimony. Based upon the credited police testimony that the defendant was observed standing on the northeast corner of East 125th Street and Park Avenue, holding an open sixteen ounce container of King Cobra beer in a brown paper bag, the court could rationally infer that defendant possessed an open container with the requisite "intent to drink or consume" the alcoholic beverage contained within it (see Administrative Code of City of NY § 10-125[b]; People v Rivera, 53 Misc 3d 150[A], 2016 NY Slip Op 51671[U][App Term, 1st Dept 2016], lv denied 28 NY3d 1188 [2017]; see also People v Basono, 122 AD3d 553 [2014], lv denied 25 NY3d 1069 [2015]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 13, 2019